# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL ANDRES WYNTERS, | Case No.  1:15-cv-00036 -SAB-HC |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION TO CORRECT CLERICAL ERROR |
| v. | |
| WARDEN OF ATWATER USP, | (ECF No. 4) |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 20, 2015, Petitioner filed a motion to correct a clerical error on page 7 of his petition.  Petitioner states that "100 years" should have said "3 life sentences."

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to correct the clerical error is GRANTED.

IT IS SO ORDERED.

Dated:   **January 27, 2015**

UNITED STATES MAGISTRATE JUDGE